# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. 1:18-CR-0026 DAD BAM |
| Plaintiff, | ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. §4241(b) |
| v. | |
| ALGENONN DORIAN MATLOCK, | |
| Defendant. | |

On March 25, 2019, counsel for Defendant filed a motion to determine competency of defendant. In the motion, counsel represented his concern that his client lacks the present ability to consult with counsel in a meaningful way and that Defendant is unable to assist properly in his defense. The declaration in support of the motion was ordered filed under seal. On March 27, 2019, the Court held a hearing and construed the motion as one to determine whether to commit Defendant for examination. The Court finds that once the Court is presented with representations which form reasonable cause to believe the defendant lacks the mental fitness to proceed, whether by motion, by facts coming before it, or through its own observations, the Court is mandated to order a psychiatric or psychological exam. *See generally Chavez v. United States*, 656 F.2d 512, 516-18 (9th Cir.1981). Based upon counsel's motion, the sealed declaration, and the conduct at the hearing, the Court has reasonable cause to believe defendant lacks the mental fitness to proceed and assist properly in his defense.

///

THEREFORE, IT IS ORDERED that pursuant to 18 U.S.C. §4241(b), a psychiatric or psychological examination of defendant Algenonn Dorian Matlock be conducted and that a psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. §4247(b) and (c). It is further ORDERED that defendant is committed to the custody of the Attorney General, and the United States Marshal's Service is directed to transfer defendant to a suitable facility for examination. The Court recommends a suitable facility within reasonable proximity to this District.

The Court orders this entire period of time be deemed excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

Dated: **March 27, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE