MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
ALGENNON MATLOCK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALGENNON MATLOCK,<br><br>        Defendant. | Case No.   1:18-cr-00026-DAD-BAM<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE CHANGE OF PLEA HEARING AND SCHEDULE A STATUS CONFERENCE** |

## **STIPULATION**

This matter is currently scheduled for a plea hearing on June 17, 2019 at 10:00 a.m. before United States District Court Judge Dale Drozd. This date was calendared without consultation with the Defendant because he was then out of the district for a competency evaluation. Counsel has now consulted with Mr. Matlock and desires to remove the scheduled hearing from Judge Drozd's calendar and instead conduct a further status conference on Thursday, June 13th, before United States Magistrate Judge Barbara McAuliffe.

DATED: June 6, 2019                       McGREGOR W. SCOTT
                                                United States Attorney

                                                s/ Kimberly A. Sanchez (by authorization)
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney

DATED: June 6, 2019

By: s/ Michael McKneely
MICHAEL McKNEELY
Attorneys for Algennon Matlock

## ORDER

The Change of Plea hearing currently set for June 17, 2019, before District Judge Dale A. Drozd is VACATED. A Status Conference is set for Thursday, June 13, 2019, at 2:00 PM before Magistrate Judge Barbara McAuliffe.

IT IS SO ORDERED.

Dated: **June 6, 2019**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150